IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

F. MICHAEL HART, Guardian ad Litem
for JOSE JARAMILLO,

      Plaintiff,

v.                                      No. 11-cv-0267 MCA/WPL

CORR. CORP. OF AMERICA, et al.,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      May 12, 2014, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **May 12, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Counsel shall be prepared to discuss whether they are ready to hold another settlement conference. Counsel are reminded to have their calendars available for the hearing.

      **IT IS SO ORDERED.**

                                            _____
                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.