IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

F. MICHALE HART, ESQ., Guardian ad Litem for
JOSE JARAMILLO, an incapacitated person,
    Plaintiff,

vs.                                      CIVIL NO. 2:11-CV-00267 MCA-WPL

CORRECTIONS CORPORATION OF
AMERICA, a Foreign Corporation, CIBOLA
COUNTY CORRECTIONAL CENTER, WALT
WELLS, WARDEN, and RODDIE RUSHING,
WARDEN,
    Defendants.

**ORDER REQUIRING EVERCARE TO PRODUCE
ALL MEDICAL BILLINGS FOR INSURED JOSE JARAMILLO**

THIS MATTER having come before the Court on April 28, 2014, and the Court being otherwise fully advised in the premise, hereby finds that the parties have had great difficulty in trying to obtain the medical billing and super bills for Jose Jaramillo's care while he had been insured by Evercare, a subsidiary of Medicaid. Given that the medical bills in their entirety are relevant and necessary in the pending claim, the Court hereby Orders Evercare (NM MCAID NON DUAL NF LOC INF 2) to produce each and every "super bill" and underlying billing for their insured, Jose Jaramillo.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Evercare (Medicaid) is ordered to produce each and every "super bill" and underlying medical

billing statement for Jose Jaramillo for the entirety of his time as an insured.

The Court further orders that Medicaid is required to produce any and all "super bills" and underlying bills within fourteen days of receipt of this Court's Order.

_____
THE HONORABLE STEPHAN M. VIDMAR

Submitted by:

Attorneys for Plaintiff:
/s/ Amalia S. Lucero, Esq.
_____
Lisa K. Curtis, Esq.
Amalia S. Lucero, Esq.
CURTIS AND LUCERO
301 Gold Ave., S.W., Suite 201
Albuquerque, NM 87102
Telephone: (505) 243-2808
lisa@curtislawfirm.org
amalia@curtislawfirm.org

Approved:

Attorneys for Defendants:
  Corporation of America,
  Cibola County Correctional Center,
  Warden Roddie Rushing and
  Warden Walt Wells

  BY:
  /s/Christina Retts, Esq.
  Christina Retts, Esq.
  STRUCK, WIENEKE & LOVE, P.L.C.
  3100 West Ray Road, Suite 300
  Chandler, AZ 85226
  (480) 420-1600
  dstruck@swlfirm.com
  cretts@swlfirm.com
  Attorneys for Defendants Correction

And

2

Deborah Wells, Esq.
Debra J. Mounton, Esq.
Kennedy, Moulton & Wells, P.C.
2201 San Pedro N.E., Bldg. 3, Suite 200
Albuquerque, NM 87110